FILED
08 JAN 15 PM 1:18
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK SANCHEZ
K-47653
  Plaintiff,

vs.

THE DIRECTOR OF CORRECTIONS
  Defendant.

CASE NO. CV 07 6292 PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Frank Sanchez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: NONE

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ~~My~~ I'M IN PRISON, LAST JOP
5  HUNDI, MITUBUSHI DEARLERSHIP.
6  STEVENS CREEK, SAN JOSE, CA.
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                     Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,                  Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                              Yes ___ No ✓
14      d.   Pensions, annuities, or                     Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,          Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?      Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?      Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ✓  If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ✓
20 _____
21 8.  What are your monthly expenses?    IN PRISON
22 Rent: $ _____  Utilities: _____
23 Food: $ _____  Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment           Total Owed on This Acct.
26 _____        $ _____           $ _____
27 _____        $ _____           $ _____
28 _____        $ _____           $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-9-08                                 Frank Sandhy

DATE                                   SIGNATURE OF APPLICANT

```
REPORT ID: TS3030 .701                                    REPORT DATE: 12/12/07
                                                          PAGE NO:        1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SATF/SP AT CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU DEC. 12, 2007

ACCOUNT NUMBER : K47653              BED/CELL NUMBER: FED4T2000000238U
ACCOUNT NAME   : SANCHEZ, FRANK ANTHONY   ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                         TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

11/01/2007  BEGINNING BALANCE                                          11.25

11/08 FC05  DRAW-FAC 5    2600/FAC-E                       11.25        0.00
```

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 11.25 | 0.00 | 11.25 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.00

1
2                                          Case Number: __CV-07 6292__
3
4
5
6
7
8                          CERTIFICATE OF FUNDS
9                                   IN
10                          PRISONER'S ACCOUNT
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _____ for the last six months
                                          [prisoner name]
14 _____ where (s)he is confined.
     [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $_____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____              _____
                                    [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -

```
REPORT ID: TS030 .701                                      REPORT DATE: 01/07/08
                                                           PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                               SATF/SP AT CORCORAN
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 07, 2008

ACCOUNT NUMBER : K47653              BED/CELL NUMBER: FED4T2000000238U
ACCOUNT NAME   : SANCHEZ, FRANK ANTHONY      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------    -------    ---------  --------   -----------   -------

06/01/2007  BEGINNING BALANCE                                                0.00

09/25 D320  TRUST FUNDS T  1717/CMC               18.00                     18.00
10/09 FC05  DRAW-FAC 5     1959/FAC E                           18.00        0.00
10/15*DD30  CASH DEPOSIT   2093/MR                11.25                     11.25
11/08 FC05  DRAW-FAC 5     2600/FAC-E                           11.25        0.00
12/18*DD34  EFT DEPOSIT D  3285/90676             22.50                     22.50
      ACTIVITY FOR 2008
01/03*DD30  CASH DEPOSIT   3439/MR                11.25                     33.75


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/20/03                 CASE NUMBER: CC111849
COUNTY CODE: SCL                         FINE AMOUNT: $ 10,000.00

   DATE      TRANS.    DESCRIPTION                   TRANS. AMT.    BALANCE
   ----      ------    -----------                   -----------    -------

06/01/2007            BEGINNING BALANCE                             9,543.53

10/15/07   DR30       REST DED-CASH DEPOSIT            12.50-       9,531.03
12/18/07   DR34       REST DED-EFT DEPOSIT             25.00-       9,506.03
01/03/08   DR30       REST DED-CASH DEPOSIT            12.50-       9,493.53

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY
 BEGINNING    TOTAL      TOTAL       CURRENT     HOLDS      TRANSACTIONS
 BALANCE    DEPOSITS   WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
 ---------  --------   -----------   -------    -------     ------------
    0.00      63.00       29.25       33.75      0.00          0.00


                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                          33.75
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Colwell_  1-7-08
     TRUST OFFICE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED

E-filing

DEC 1 2 2007

Dear Sir or Madam:

Your petition has been filed as civil case number _____.

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

**PJH**
**(PR)**

Your petition is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be **DISMISSED**, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

SANCHEZ

AO 241 (Rev. 5/85)

E-filing

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

530

United States District Court   District   U.S.D.C. EASTERN DISTRICT OF CAL.

| Name | Prisoner No. | Case No. |
|---|---|---|
| FRANK A. SANCHEZ | K-47683 | CC111849 |

2:07CV2524 GEB DAD (HC)

Place of Confinement: FRANK ANTHONY SANCHEZ — THE DIRECTOR OF CORRECTIONS - S.A.T.F

Name of Petitioner (include name under which convicted)   Name of Respondent (authorized person having custody of petitioner)

v.

JERRY BROWN, STATE OF CALIFORNIA

The Attorney General of the State of:

CV 07 6292

FILED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK
(PR)

PJH

PETITION

1. Name and location of court which entered the judgment of conviction under attack SANTA CLARA COUNTY SUPERIOR COURT - 191 NORTH FIRST STREET, SAN JOSE, CA. 95113.

2. Date of judgment of conviction  6-20-03.

3. Length of sentence  16 YRS - 4 MONTHS.

4. Nature of offense involved (all counts) ①P.245(C) ②V.23153(A) ③P.417.8 ④V-2800.2 - V.20001(B) 1 HIT AND RUN - P.12021 POSS F/A EX FEL - P.12316(B)3 POSS AMMO BY EX FELON - P.12090 ALTR/F/A MARK -

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐

(2)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
07 DEC 12 PM 2:__

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

FILED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Petitioner _____

vs.

CV 07 ____ PJH (PR)

Respondent(s) E-filing

CASE NUMBER: CC-111849
2:07cv2524 GEB DAD (HC)

I, **FRANK A. SANCHEZ**, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

Are you currently incarcerated:   ☒ Yes     ☐ No (If "No" DO NOT USE THIS FORM)

If "Yes" state the place of your incarceration. **S.A.T.F. CORCORAN, CA. STATE PRISON**

**Have the institution fill out the Certificate portion of this application.**

Are you currently employed?   ☐ Yes   ☒ No

If the answer is "Yes" state the amount of your pay.

If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. **2-4-01 — take Home 300.00 A Week. AT S.A TECNOLEGIES — 11054. BERRESA RD. SAN JOSE, CA. 95126**

In the past twelve months have you received any money from any of the following sources?

a. Business, profession or other self-employment      ☐ Yes    ☒ No

b. Rent payments, interest or dividends               ☐ Yes    ☒ No

c. Pensions, annuities or life insurance payments     ☐ Yes    ☒ No

d. Disability or workers compensation payments        ☐ Yes    ☒ No

e. Gifts or inheritances                              ☐ Yes    ☒ No

f. Any other sources                                  ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

form.hab (rev. 7/02)

