UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK A. SANCHEZ,

        Plaintiff,

  v.

JERRY BROWN et al,

        Defendant.

Case Number: CV07-06292 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank A. Sanchez K-47653
CA Substance Abuse Treatment Facility
P.O. Box 7100
Corcoran, CA 93212

Dated: January 25, 2008

        Richard W. Wieking, Clerk
        By: Frank Justiliano, Deputy Clerk