1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FRANK ANTHONY SANCHEZ,**<br><br>                                    Petitioner,<br><br>       v.<br><br>**DIRECTOR OF CORRECTIONS AND JERRY BROWN, ATTORNEY GENERAL OF CALIFORNIA,**<br><br>                                    Respondent. | C 07-6292 PJH (PR)<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 59-day extension of time until May 23, 2008, in which to file the answer to the petition for writ of habeas corpus in this case. As explained in the declaration, counsel is unable to meet the current deadline due to work on previously assigned cases. A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

1  WHEREFORE, respondent respectfully requests this Court to grant an extension of
2  time to and including May 23, 2008.
3  Dated: March 13, 2008
4  Respectfully submitted,
5  EDMUND G. BROWN JR.
   Attorney General of the State of California
6  DANE R. GILLETTE
   Chief Assistant Attorney General
7  GERALD A. ENGLER
8  Senior Assistant Attorney General
   PEGGY S. RUFFRA
9  Supervising Deputy Attorney General

11
   /s/ Jill M. Thayer
12 JILL M. THAYER
   Deputy Attorney General
13 Attorneys for Respondent

15 40228998.wpd
   SF2008400361

Application for Extension of Time               Sanchez v. Director of Corrections and Jerry Brown
                                                                           C 07-6292 PJH (PR)

2