1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FRANK ANTHONY SANCHEZ,**<br><br>                                        Petitioner,<br><br>     v.<br><br>**DIRECTOR OF CORRECTIONS AND JERRY BROWN, ATTORNEY GENERAL OF CALIFORNIA,**<br><br>                                        Respondent. | C 07-6292 PJH (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |

I, JILL M. THAYER, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am presently assigned to represent respondent in this habeas corpus action.

Petitioner is a state prisoner who is serving a sentence of 16 years, 4 months after pleading guilty to assault on a peace officer with a deadly weapon, driving under the influence of alcohol and drugs causing injury, reckless driving while evading a peace officer, driving under the influence of alcohol and drugs causing injury with five multiple victim enhancements, hit and

run accident resulting in injuries, exhibiting a weapon at a peace officer, exhibiting a firearm in the presence of a peace officer, possession of a firearm by a convicted felon, possession of ammunition by a prohibited person, altering the identification on a firearm, and using or being under the influence of a controlled substance.

By an Order to Show Cause issued on January 25, 2008, respondent was ordered to file an answer on or before March 25, 2008. I am unable to meet the current deadline for filing the answer because of my work on previously assigned cases. In the past 30 days, I have filed one respondent's brief in the California Court of Appeal, one reply brief in the California Supreme Court, and a motion to dismiss in federal court in previously assigned cases. I have obtained the record of petitioner's initial guilty plea and sentence, and the appellate record from petitioner's first appeal in this case.

I have not attempted to contact petitioner, who is representing himself in this proceeding, because he is incarcerated in state prison and cannot be conveniently reached.

Wherefore, I respectfully request that this Court grant respondent an additional 59 days, to and including May 23, 2008, to file an answer in this case.

Executed at San Francisco, California, on March 13, 2008.

                                                    /s/ Jill M. Thayer
                                                  JILL M. THAYER
                                                  Deputy Attorney General

40229004.wpd
SF2008400361