IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FRANK ANTHONY SANCHEZ,** | C 07-6292 PJH (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **DIRECTOR OF CORRECTIONS AND JERRY BROWN, ATTORNEY GENERAL OF CALIFORNIA,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 23, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: _____         _____
                                         The Honorable Phyllis J. Hamilton

[Proposed] Order                         Sanchez v. Director of Corrections and Jerry Brown
                                         Case No. C 07-6292 PJH (PR)

1