# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Sanchez v. Director of Corrections and Jerry Brown**

No.:   **C 07-6292 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>March 14, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Frank A. Sanchez
No. K-47653
CA Substance Abuse Treatment Facility
P.O. Box 7100
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 14, 2008, at San Francisco, California.

|  |  |
|:---:|:---:|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

40229091.wpd